**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DORIS GATHERS,

        Plaintiff,

v.                                                      Case No.: 6:22-cv-1692-WWB-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1) filed on September 16, 2022, seeking judicial review under 42 U.S.C. § 405(g) of a final decision by the Commissioner of the Social Security Administration ("**Commissioner**") denying Plaintiff's application for disability and Disability Insurance Benefits. United States Magistrate Judge Leslie Hoffman Price filed a Report and Recommendation (Doc. 17) recommending that the Commissioner's final decision be reversed and that this case be remanded for further proceedings consistent with the Report and Recommendation.

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's final decision is **REVERSED** and this case is **REMANDED** for further proceedings consistent with the Report and Recommendation.

3. The Clerk is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** in Orlando, Florida on December 8, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record